UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIE DOLLARD, CHARLIE
TRIPLETT and DEREK
WILLIAMS,

    Plaintiffs,

v.                                            Case No: 8:21-cv-304-MSS-JSS

CITY OF SAFETY HARBOR,
FLORIDA,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on Plaintiffs' Motion to Compel Discovery Responses ("Motion") (Dkt. 22) and Defendant's Response in Opposition (Dkt. 25). On October 6, 2021, the Court held a hearing on the Motion. Upon consideration and for the reasons stated during the hearing, it is **ORDERED**:

1. Plaintiffs' Motion to Compel Discovery (Dkt. 22) is **GRANTED** in part and **DENIED** in part as set forth herein.

2. Insofar as Defendant agreed to produce additional discovery in response to Plaintiffs' Request for Production Nos. 2, 4, 5, 6, 7, 8, 14, and 15, Defendant shall produce the additional documents on or before October 15, 2021.

3. Defendant shall produce Defendant's pay records and the summary discussed during the hearing on or before October 29, 2021.

4. The scope of the relevant discovery at issue is limited to documents and information relating to Defendant's Public Works Department and Plaintiff Dollard's application to Defendant's Leisure Services Department, unless otherwise specified herein.

5. Further, the temporal scope of the relevant discovery at issue is limited to the time period of January 1, 2012 to the present for documents concerning Plaintiffs collectively. The temporal scope of the relevant discovery at issue is limited to the time period of January 1, 2013 to the present for documents relating only to Plaintiff Triplett, unless a shorter time period is specified in the discovery request. The temporal limitations referenced here constitute the relevant time period for purposes of discovery ("Relevant Time Period").

6. With respect to Plaintiffs' Request for Production No. 2, the Motion is granted to the extent Defendant shall produce the requested documents related to Plaintiffs and the Public Works Department for the Relevant Time Period.

7. With respect to Plaintiffs' Request for Production No. 5 the Motion is granted to the extent Defendant shall produce the requested documents related to the Public Works Department for the Relevant Time Period.

8. With respect to Plaintiffs' Request for Production No. 6, the Motion is granted to the extent Defendant shall produce the requested documents related to the Public Works Department for the Relevant Time Period. Defendant shall also produce any documents produced or compiled by

Defendant relating to risk management as identified in the request which encompasses the Public Works Department.

9. With respect to Plaintiffs' Request for Production Nos. 7, 8, and 11, the Motion is granted to the extent Defendant shall produce the requested documents related to the Public Works Department for the Relevant Time Period.

10. With respect to Plaintiffs' Request for Production No. 13, the Motion is granted to the extent Defendant shall produce the requested documents related to the allegations in the Complaint, Plaintiffs, and the Public Works Department for the Relevant Time Period.  For this request, the parties shall meet and confer to develop search terms or key words to appropriately limit the discovery request to electronic discovery related to the allegations in the Complaint.  To the extent Plaintiffs seek all electronic documents merely referencing or "touching upon" Plaintiffs, the Motion is denied as overbroad.  Defendant shall produce electronic discovery responsive to this request on or before January 3, 2022.

11. With respect to Plaintiffs' Interrogatory Nos. 3, 5, 6, and 7, the Motion is granted to the extent Defendant shall respond to the interrogatories as limited to the Public Works Department for the Relevant Time Period.

12. Unless otherwise specified, Defendant shall supplement or amend its discovery responses as directed in this order on or before October 29, 2021.

**DONE** and **ORDERED** in Tampa, Florida, on October 13, 2021.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record